**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| **Plaintiff(s)** | ) | Civil Case No.: ~~28 CV 2586~~ |
| | ) | |
| **vs.** | ) | CIVIL  5:25-cv-174(AJB/MJK) |
| | ) | **RIGHTS** |
| | ) | **COMPLAINT** |
| **Defendant(s)** | ) | **PURSUANT TO** |
| | | **42 U.S.C. § 1983** |

_____

Plaintiff(s) demand(s) a trial by: ⊗ JURY    ◯ COURT    (Select **only one**).

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

FEB - 7 2025

AT_____ O'CLOCK
John M. Domurad. Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: _Wanda M. Allen, Pro Se_

   Address: _____

   _____

   _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: _Erie County Medical Center Corporation_

   Official Position: _Corporation_

   Address: _462 Grider St_

   _Buffalo, NY 14602_

b.   Defendant:   _Micheal Cappenberger, PhD_

Official Position:   _psychologist - Aodote_

Address:   _462 Grider St.; Buffalo NY 14615_

_____

_____

c.   Defendant:   _Brenna Fox_

Official Position:   _Nurse Practicaner_

Address:   _462 Grider St., Baffalo NY 14615_

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                          **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

_Per Micheal Cappenberger; This physician lied during testimony to avoid acknowledging my holistic practice of health & religion. Refuse to treatem. Discusson facts ____ to moves violently within ____ he evicted of my condition without ____ evaluating._

_Brenna Fox Nurse Prachonane;_

b.   Defendant: _Michael Cuppenberger_

Official Position: _Th.d, Psychology_

Address: _462 Griffs Street_

_Buffalo NY 14215_

c.   Defendant: _Brenna Fox_

Official Position: _Nurse Practitioner_

Address: _462 Gridge Street_

_Buffalo NY 14215_

Additional Defendants may be added on a separate sheet of paper.

4.                                        **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Dr. Cuppenberger, psychology; - Presented to have notes he documented himself used these notes to present himself in County Court. The lies presented on the stand ignore the speaker I was left with.

5.                          **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

Due to Dr. Cryppenberger lies; the county Court awarded him right over refusal medication treatment - Violated my Civil Rights to receive or deny medical treatment and live holistic as my spiritual and life style has been awarded all my life. This has left me with a scare on my body.

### SECOND CAUSE OF ACTION

Due to Dr. Cryppenberger lie on the stand in County Court of Erie County; the Courts awarded him extension on my force stay for treatment - Violating my civil Rights of independence to medical treatment or Rejection. Retaining me for 6 months; I will lose my house, car & furniture. House order

### THIRD CAUSE OF ACTION

All causes actions violated my civil Rights: Rights to be medically treated or not; my right to live Holistic or not; only my Rights to Refuse medical treatment. I am with a physical Scare on my body from medication administration.

6.    **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

_I am seeking for injury too my arm and loss of time for loss of mortgage pymt I could not work to submit payment I seek financial Recovery for Losses listed._

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _1/3__/2025_

_[signature]_

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ERIE

In the Matter of the Application for Retention of
Wanda Allen,

**ORDER**
[MHL §9.33]

A Patient Admitted to
Erie County Medical Center Corporation

Index No. 801134/2025

The petitioner/hospital having filed an application pursuant to Mental Hygiene Law 9.33 for court authorization to retain the respondent/patient who is presently confined at the above-named hospital, and the respondent/patient having demanded a hearing on the question of need for involuntary care and treatment;

And a hearing having been held on January 29, 2025, and the petitioner/hospital having been represented by Vanessa Pompeu Robinson, Esq. Magavern Magavern Grimm LLP, of counsel and the respondent/patient having been present and having been represented by Elizabeth S. Fortino, Director, Mental Hygiene Legal Service, David Lim, Esq., of counsel, and the court having deliberated upon all papers and pleadings and testimonial evidence submitted by the parties;

And the petitioner/hospital having proved to the satisfaction of the court by clear and convincing evidence that respondent/patient requires continued involuntary care and treatment, as that term is defined in the Mental Hygiene Law, and poses a danger to self or others;

And due deliberation having been had;

IT IS HEREBY

ORDERED, the application of petitioner/hospital for retention is granted, and it is further

1 of 2

At a Special Term of the Supreme Court held in and for the County of Erie at Erie County Medical Center Corporation, 462 Grider Street, 5th Floor, Buffalo, New York on the 29th day of January 2025.

PRESENT:   HON. PAULA L. FEROLETO, J.S.C.
           Justice Presiding

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

In the Matter of the Application of

Erie County Medical Center Corporation,

For an Order Authorizing the Involuntary Treatment of

WANDA ALLEN

A Patient

---

**ORDER**

Index No.:
801358/2025

Upon the reading of the Notice of Petition with attached Verified Petition of Martha Mumbach, Risk Management Department, as Designee of Thomas J. Quatroche, Jr., Ph.D., Chief Executive Officer of Erie County Medical Center Corporation, sworn on the 22nd day of January 2025, the affidavit of Michael Guppenberger, M.D., sworn on the 22nd day of January 2025; and the affidavit of Yogesh Bakhai, M.D., sworn on the 23rd day of January 2025; and upon proceedings had before this Court on the 29th day of January 2025, appearing the petitioner, by its attorney, Vanessa Pompeu Robinson, Esq., of Magavern Magavern Grimm LLP; and the patient having been present and represented by her attorney, Elizabeth Fortino, Esq., Director, Mental Hygiene Legal Service, Fourth Judicial Department, and David Lim, Esq., having appeared for the patient; and upon

1 of 2

At a Special Term of the Supreme Court held in and for the County of Erie at Erie County Medical Center Corporation, 462 Grider Street, 5th Floor, Buffalo, New York on the 29th day of January 2025.

PRESENT:    HON. PAULA L. FEROLETO, J.S.C.
            Justice Presiding

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

In the Matter of the Application of

Erie County Medical Center Corporation,

For an Order Authorizing the Involuntary Treatment of

WANDA ALLEN

A Patient

**ORDER**

Index No.:
801358/2025

Upon the reading of the Notice of Petition with attached Verified Petition of Martha Mumbach, Risk Management Department, as Designee of Thomas J. Quatroche, Jr., Ph.D., Chief Executive Officer of Erie County Medical Center Corporation, sworn on the 22nd day of January 2025, the affidavit of Michael Guppenberger, M.D., sworn on the 22nd day of January 2025; and the affidavit of Yogesh Bakhai, M.D., sworn on the 23rd day of January 2025; and upon proceedings had before this Court on the 29th day of January 2025, appearing the petitioner, by its attorney, Vanessa Pompeu Robinson, Esq., of Magavern Magavern Grimm LLP; and the patient having been present and represented by her attorney, Elizabeth Fortino, Esq., Director, Mental Hygiene Legal Service, Fourth Judicial Department, and David Lim, Esq., having appeared for the patient; and upon

**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
*Northern District of New York State*

File Number *B175946/2024/806358*

| | |
|---|---|
| *Wanda M Allen,* *Honorable Magistrate* Plaintiff, | ) ) ) |
| v. | ) Notice of Appeal |
| *Erie County Medical Center Corporation* Defendant. | ) ) ) |

Notice is hereby given that *Honorable Wanda M. Allen*  , ~~(plaintiffs)~~ (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the *Fourth* Circuit (from the final judgment) (from an order (describing it)) entered in this action on the *4* day of *December* , *2024* .

/s/
*Wanda M. Allen*
Attorney for
*P.O. Box 1110*
Address:
*Albany NY 12022*

*See Rule 3(c) for permissible ways of identifying appellants

*This Appeal is filed due to Significant to Jurishpurdence in the dangers this facility and it's staff present to the population in Buffalo, New York. Under Fed. R. 18 USC § 241-249; 21 U.S.C. Chapter 77; § 1581-1589;*

*I further Appeal this ORDER under Fed. R. Civ. L. R. 3.3; L.R. 3.4 L.R. 442(c); L.R. 71(b)(5) and L.R. 72.1(b).*

Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals
From a Judgment or Order of a District Court.

United States District Court for the District of
_Northern - District of New York State_

File Number _____ /2024 - 8 01134_

_Wanda M. Allen,_
_Honorable Magistrate_ )
Plaintiff, )
)
v. )                    Notice of Appeal
)
_Erie County Medical Center Corporation_
Defendant. )

Notice is hereby given that _Honorable Wanda M. Allen_ , (plaintiffs)
(defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for
the _Fourth_ Circuit (from the final judgment) (from an order (describing it)) entered in this
action on the _4_ day of _December_ , _2024_.

/s/
_Wanda M. Allen_
Attorney for
_P.O. Box 1110_
Address:
_Albany NY 12022_

*See Rule 3(c) for permissible ways of identifying appellants

This Appeal is filed due to Significant to Jurishprudence
in the dangers this facility and it's staff present to the population
in Buffalo, New York. Under Fed. R. 18 USC § 241-249; 21 U.S.C.
Chapter 77; §1581-1589;

I further Appeal the ORDER under Fed. R. Civ. L. R. 3.3; L.R. 3.4
L.R. 442(c); L.R. 71(b)(5) and L.R. 72.1(b).